IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IGNACIO RIVERA-HERNANDEZ ET AL, <br> Defendants. | CRIMINAL NO. 18-603 (ADC) |

### UNITED STATES OF AMERICA'S INFORMATIVE MOTION ON CASE STATUS

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, through its attorneys and very respectfully states and prays as follows:

1. On July 19, 2021, the Court scheduled the above captioned case for jury selection and trial to begin on October 4, 2021. ECF No. 77.

2. On September 22, 2021, the Grand Jury for the District of Puerto Rico returned a superseding indictment in case 18-605 (FAB) against defendant Ignacio Rivera-Hernandez. ECF No. 178. The new indictment was prepared and sought as a means to consolidate the defendant's cases. The Government announces its intention to file a motion seeking dismissal of the charges against Ignacio Rivera-Hernandez in case 18-603 (ADC).

3. On Friday September 24, 2021, the remaining defendant in case 18-603 (ADC), Rolando Jose Sierra-Velazquez filed a motion for change of plea. ECF No. 84.

4. The Court is scheduled to accept the defendant's change of plea on October 1, 2021. ECF No. 85.

**WHEREFORE**, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of September 2021.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

s/ John P. Hutchins III
John P. Hutchins III
Assistant United States Attorney
U.S.D.C. No. G02907
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel:  787-766-5656
Fax: 787-771-4050
Email: john.hutchins@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ John P. Hutchins III
John Hutchins III
Assistant United States Attorney